**ORIGINAL**

SEND

FILED
CLERK, U.S. DISTRICT COURT

OCT 26 2005

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Heather Ann Schneider | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 05-6950 GPS (FMOx) |
| v. | |
| Department of Motor Vehicles | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 224.

**TRANSFER ORDER DECLINED**

_____    A. Howard Matz
Date                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Other than having same plaintiff, these cases aren't related.

10/25/05                      [signature]
Date                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ CV 05-6947 AHM (CWx) _____ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

**TRANSFER ORDER DECLINED**

Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

OCT - 3 2005                                ENTERED ON CM 10/26/05