P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-6950-GPS(FMOx) | Date | November 28, 2005 |
|---|---|---|---|
| Title | Heather Ann Schneider v. Department of Motor Vehicles | | |

| Present: The Honorable | **GEORGE P. SCHIAVELLI, United States District Judge** |
|---|---|

| Krista Barrett | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**   **MOTION TO DISMISS OR ALT TO QUASH SERVICE (IN CHAMBERS)**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. Accordingly, the Court hereby advises counsel that the above-referenced motion set for hearing on December 5, 2005 at 1:30 p.m. is **UNDER SUBMISSION as of that date** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary unless ordered** and the Court will issue a ruling after full consideration of the submitted pleadings. The briefing scheduled is not altered by this order.

**IT IS SO ORDERED.**



Initials of Preparer

