UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

P/ Send

Case No.   CV 05-6950 GPS(FMOx)          Date:   December 2, 2005

Title:   Schneider v. Dept. of Motor Vehicles

================================================================
PRESENT:        **THE HONORABLE GEORGE P. SCHIAVELLI,    JUDGE**

          Krista Barrett                          Not present
          Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:    (In Chambers)

On September 23, 2005, plaintiff Heather Ann Schneider filed a "complaint bill in equity" against the California Department of Motor Vehicles. However, the complaint does not raise a federal question, nor are the parties diverse. Moreover, the amount in controversy is insufficient. Accordingly, Plaintiff is hereby ordered to show cause, in writing, no later than **December 19, 2005,** why her "complaint bill in equity" should not be dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**



MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL - GEN

