UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
<u>CIVIL MINUTES - GENERAL</u>

Send

Case No.   <u>CV 05-6950 GPS(FMOx)</u>          Date:  <u>January 3, 2006</u>

Title:   <u>Schneider v. Dept. of Motor Vehicles</u>

================================================================
PRESENT:       <u>THE **HONORABLE GEORGE P. SCHIAVELLI**,    JUDGE</u>

<u>Krista Barrett</u>                              <u>Not present</u>
Courtroom Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:     (In Chambers)

    By minute order dated December 2, 2005, the Court ordered Plaintiff to show cause, in writing, no later than December 19, 2005, why her "complaint bill in equity" should not be dismissed for lack of jurisdiction.  To date, Plaintiff has failed to respond to the order to show cause.  Accordingly, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**  Defendant's motion to dismiss or, alternatively, to quash service, is denied as moot.

**IT IS SO ORDERED.**

DOCKETED ON CM
JAN - 4 2006
BY BP      005

MINUTES FORM 11                          Initials of Deputy Clerk ___
CIVIL - GEN

